LODGED

2007 SEP 1\* PM 4: 23

DISTRICT COURT
CENTRAL DIST. OF CALIF.
EASTERN DIVISION

BY:

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

SEND

2007 OCT -2 PM 2: 36

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**KEITH MCCARTER**

PLAINTIFF(S)

V.

**PENNSYLVANIAN HIGHER EDUCATION SERVICES**

DEFENDANT(S)

CASE NUMBER

**EDCV07- 1151**

### ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FILING FEE

**IT IS ORDERED** that the complaint may be filed without prepayment of the filing fee.

Note. This order does not authorize service of the complaint by the U.S. Marshal. Further proceedings in this matter are subject to the orders of the Judge to whom the case is assigned.

_____         _____
Date                            United States Magistrate Judge

═══════════════════════════════════════════════════════

**IT IS RECOMMENDED** that the request of plaintiff/petitioner to file the action without prepayment of the filing fee be **DENIED** for the following reason(s).

- [ ] Inadequate showing of indigency
- [ ] Legally and/or factually patently frivolous
- [ ] District Court lacks jurisdiction
- [ ] Immunity as to _____
- [x] Other. *Incomplete answer to question #5*

Comments:

9/12/07
Date                            United States Magistrate Judge

═══════════════════════════════════════════════════════

**IT IS ORDERED** that the request of plaintiff to file the action without prepayment of the filing fee is:
- [ ] **GRANTED**
- [x] **DENIED** (See comments above).

SEP 26 2007
Date                            United States District Judge
                                **ALICEMARIE H. STOTLER**

CV-73A (02/05)     ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FILING FEE